OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFF P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 01 2015

9/25/2015
LEDESMA, JUAN MANUEL   Tr. Ct. No. CR-0473-82-C (5,6,7)   WR-13,158-11
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

490569

MARTIN TARIN FRANCO JR.

Dis

Rts

Discharge

IAVRS3B  77583